# EXHIBIT A

**Defendant:** New HoldCo
**Creditor ID:** NH019
**Bankruptcy Case:** *In re Franchise Group, Inc., et al., Case No. 24-12480 (LSS) (Bankr. D. Del.)*
**Preference Period:** August 5, 2024 - November 3, 2024

| Debtor | Customer Check/Pmt# | Amount of Invoice Paid | Payment Date | Invoice Number | Invoice Date | Invoice Amount |
|---|---|---|---|---|---|---|
| New HoldCo | | $300,000.00 | 8/12/2024 | LAZ1721 | 8/7/2024 | $300,000.00 |
| | | $150,218.42 | 10/3/2024 | LAZ1740 | 9/3/2024 | $150,218.42 |
| | | $150,000.00 | 10/3/2024 | LAZ1782 | 10/2/2024 | $150,000.00 |
| **Total Transfers** | **3** | **$600,218.42** | | | | **$600,218.42** |